FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI

JEROME D JOHNSON
287256

COMPLAINT

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
APR 16 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

*(Enter above the full name of the plaintiff or plaintiffs and prisoner number of each plaintiff in this action)*

V.

Warden CABANA
SERGEANT LEONARD
INVESTIGATOR CAROLYN PENDERGAST
CAPTAIN GASTON, CAPTAIN CAMPBELL

*(Enter above the full name of the defendant or defendants in this action)*

CIVIL ACTION NUMBER: 1 07cv539 LGJMR
(to be completed by the Court)

## OTHER LAWSUITS FILED BY PLAINTIFF

**NOTICE AND WARNING:**
The plaintiff must fully complete the following questions. Failure to do so may result in your case being dismissed.

A. Have you ever filed any other lawsuits in a court of the United States?    Yes ( )  No (✓)

B. If your answer to A is yes, complete the following information for each and every civil action and appeal filed by you. (If there is more than one action, complete the following information for the additional actions on the reverse side of this page or additional sheets of paper.)

1. Parties to the action:_____

2. Court (if federal court, name the district; if state court, name the county):_____

3. Docket Number:_____

4. Name of judge to whom case was assigned:_____

5. Disposition (for example: was the case dismissed? If so, what grounds? Was it appealed? Is it still pending?):_____

1

## PARTIES

(In item I below, place your name and prisoner number in the first blank and place your present address in the second blank. Do the same for additional plaintiff, if any).

I. Name of plaintiff: JEROME D JOHNSON   Prisoner Number: 287256

Address: 10451 LARKIN SMITH DRIVE
GULFPORT MISSISSIPPI 39503

(In item II below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use the space below item II for the names, positions, and places of employment of any additional defendants.)

II. Defendant: WARDEN CABANA _____ is employed

as WARDEN _____ at HARRISON COUNTY JAIL SHERIFF DEPARTMENT

The plaintiff is responsible for providing the court the name and address of each plaintiff(s) as well as the name(s) and address(es) of each defendant(s). Therefore, the plaintiff is required to complete the portion below:

PLAINTIFF(S):

NAME: JEROME D JOHNSON        ADDRESS: 10451 LARKINSMITH DR.
                                       GULFPORT MISSISSIPPI 39503

DEFENDANT(S):

NAME:                                  ADDRESS: HARRISON COUNTY JAIL
WARDEN CABANA                                    SHERIFF DEPARTMENT
CAPTAIN GASTON                                   GULFPORT MISSISSIPPI 39503
CAPTAIN CAMPBELL
SERGEANT LEONARD
INVESTIGATOR CAROLYN PENDRAST

## ATTACHMENT TO FORM TO BE USED BY PRISONERS IN FILING A COMPLAINT UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes ✓    No ___

B. If your answer to A. is yes, describe the conviction in the spaces below.

   1. Name and location of court which entered the judgment of conviction

      FIRST JUDICIAL DISTRICT
      GULFPORT MISSISSIPPI

   2. Date of judgment of conviction and the sentence received

      JUNE 20, 2005   20 YEARS
      2 YEARS TO SERVE  18 SPENDED

   3. Date of the sentence

      JUNE 20 2005

C. Are you presently incarcerated for a parole or probation violation?

   Yes ✓    No ___

D. If your answer to C. is yes, describe the parole or probation in the spaces below.

   1. Date of your parole or probation

      MARCH 06 2006

   2. Date of your arrest for parole or probation violation

      JUNE 23 2006

      _____
      SIGNATURE OF PLAINTIFF

3

## ADMINISTRATIVE REMEDIES PROGRAM

A. At the time of the incident complained of in this complaint, were you incarcerated because you had been convicted of a crime?

   Yes (✓)   No ( )

B. Are you presently incarcerated for a parole or probation violation?

   Yes (✓)   No ( )

C. Did you present the facts relating to your complaint in the administrative or grievance procedure in your institution?

   Yes (✓)   No ( )

   1. If you answer to C is yes,

      a. State the date your claims were presented: SEPTEMBER 6 2006

      b. State how your claims were presented. (Written request, verbal request, request for forms)
         (1) VERBAL REQUESTS (2) WRITTEN REQUESTS, (3) REQUEST FOR FORMS

      c. State the result of that procedure. (You must attach a copy of the final result, such as a certificate from the administrator of the Administrative Remedies Program stating that you have exhausted your administrative remedies.)
         NOTHING, BUT A RUN AROUND.

   2. If you have not filed a grievance, state the reasons: _____

4

## STATEMENT OF CLAIM

III. State here as briefly as possible the facts of your case. Describe how each defendant is involved. Also, include the names of other persons involved, dates, and places. Do not give any legal arguments or cite any cases or statutes. If you intend to allege a number of different claims, number and set forth each claim in a separate paragraph. (Use as much space as you need; attach extra sheet if necessary.)

From September 1st 2006 raid I was obtained and escorted to booking by Captain Campbell no explanation as of why, then later transfer to disciplinary housing by officer Bailey where I stay until September 20, 2006 Tuesday 5th I was charge with sexual battery investigator Carolyn Pendergast stated that and later at a local hospital she served me a seizure warrant of D.N.A reporting officer of the sexual battery was Sergeant Leonard (see A, also C, D, E of Administrative Remedies)

## RELIEF

IV. State what relief you seek from the court. Make no legal arguments. Cite no cases or statutes.

A thousand dollars a day fine from date of arraignment of sexual battery to the date charges are dismiss. A system set up to ensure that no inmate have to endure such misappropriation of justice from a frivolous in house charge or a serious genuine charge.

Signed this 11 day of April, 2007.

Signature of plaintiff

I declare under penalty of perjury that the foregoing is true and correct.

April 11 2007
(Date)

Jerome D. Johnson

Signature of plaintiff

5

STATE OF MISSISSIPPI        CAUSE #
     VS
JEROME D. ~~JOHNSON~~        : DEFENDANT

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND FOR SAID JURISDICTION OF HARRISON'S COUNTY. THE WITHIN NAMED OF JEROME JOHNSON 287256 WHO, AFTER FIRST BEING BY ME DULY SWORN, STATED ON OATH THAT THAT THE STATEMENTS (13) SET FORTH IN THE ABOVE AND FOREGOING CHARGE OF SEXUAL BATTERY, ARE TRUE AND CORRECT AS THEREIN STATED. EXHIBIT A-THROUGH-M

           RESPECTFULLY SUBMITTED
           ON THIS 31 DAY OF MARCH, 2007
           BY JEROME JOHNSON
           DEFENDANT

SWORN TO AND SUBCRIBED BEFORE ME, THIS 31 DAY OF MARCH 2007.

           NOTARY PUBLIC

MY COMMISSION EXPIRES.

           My Commission Expires: 12/11/09