5. Inmate must turn in an empty toilet roll in order to receive a new toilet roll.

6. All lights out at 11:00 PM Sunday THRU Thursday. 12:00 PM Friday and Saturday. Inmate workers 12:00 PM Sunday THRU Thursday 0100 am Friday and Saturday.

## Inmate Disciplinary Rules and Procedures

The Harrison County Adult Detention Facility, disciplinary rules and procedures are as follows:

No disciplinary punishment which results in solitary or disciplinary confinement, or in any other major adverse change in condition as set forth in the rules and regulations, shall be imposed except under the following due process requirements.

1. Inmates may not be punished except for conduct which violates an existing jail rule or regulation.

2. Any inmate considered a danger to himself or others can be isolated by a Shift Supervisor or above in command until further evaluation.

3. The Shift Supervisor or Officer should submit to the inmate a written notification of the major or minor rule violation he / she is charged with along with a statement including facts supporting the alleged violation.

4. All minor rule violations under category III will be handled by the Shift Supervisor. Any grievance on the action should be written on an inmate request form addressed to the Disciplinary Officer. If the violation was already handled by the Disciplinary Officer then a

20

request should be sent to the Captain of Security.

5. All major rule violations under Category I & II will be handled by a Disciplinary Officer who may offer a plea prior to a disciplinary hearing.

6. If a plea is accepted, the inmate will sign a plea agreement and sanctions begin.

7. However, if plea is refused, a formal disciplinary hearing will be held as soon as possible after the plea sheet is signed refusing the plea offer.

8. All inmates will be allowed to attend their disciplinary hearing, unless prior behavior poses a threat to the staff or facility security. In which case a written statement from the inmate will be accepted.

9. A maximum of three witnesses will be allowed for the inmate's defense. However, any inmate or witness who is unruly or disrespectful will be removed immediately.

10. You have the right to appeal to the Captain of Security within three calendar days after the Disciplinary hearing committee's decision. You should submit your appeal by using an inmate request form. This will be addressed to the Captain of Security.

## Disciplinary Violations and Punishment

1. **Category I Offense (Major)**

    A. Assault or attempted assault (i.e., sexual, physical, etc) on inmate or Officer.



21



My name is Jerome D Johnson, inmate number 257256. The nature of this letter is to call upon the assistance of all patriot Americans, who cherish this great country for what it stands for. The murder of Jesse Williams only brought little attention to the on going brutal injustice here at Harrison County Jail Sheriff Department. Inmates are finding themselves charge with new charges from inside the jail and are assume guilty without any proper investigation conduct by the sheriff Department.

On the 1st day of September 2006, the sheriff Department raided C-Block D-Section on a rape allegation that stem from the claim of an male inmate. During this early morning raid I was obtained from the dayroom area, without no explanation as of why I was to be apprehended. And carry off to booking by a Captian Steve Campbell, where I was thus place in a booking cell for about a hour and ahalf.

I was later to be transfer to disciplinary housing by officer Barley, he was uninformative of the reason why when I inquired.

On the 4th day of September 2006, three days later, Sergeant Lege, advised all inmates that was place in disciplinary housing from C-Block-D Section raid was there because of a Rule Violation of tampering with security devices, with the exception of myself. Sergeant Lege informed me I was there because of the finding of contraband items, (ink pen, shaving razor) no one receive a written notification of their Rule Violation. The following day Tuesday 5th of September 2006, Investigator Carolyn Pendergast of Harrison County Jail Sheriff Department read me my rights and told me I was to be charge with a Sexual Battery Charge on inmate Eugene Lassie that had occur on August 31 2006. I explain to the investigator that I was asleep in my room and was not aware that this incident had happen. About 30 minute later

Inmate Micheal Blackman and myself was took off to a local Hospital by officer Stevenson and Officer Martin, where Investigator Carolyn Pendergast served us a Seizure Warrant for our D.N.A Sample. Wednesday 6, of September 2006, we were arraigned with the charge of Sexual Battery, during this arraignment I inform the Honorable Judge Ray that my civil Rights are being infringe upon. Judge Ray ask the investigator was I being denied the right to make a phone call, Mrs. Carolyn Pendergast, stated that it was out of her hands and was up to the jail to allow me the right. The Judge turn to ask the Captian who was present at the arraignment also, why was I being denied by the Jail the privilege to use the phone. Captain Gaston, stated that the warden took this privilege because I was in disciplinary housing.

On the 7th day of September 2006, Captain Gaston came to disciplinary housing Unit, he inquired about the tattoos on my back arms and about five minutes later I was escorted back to booking where waiting investigator Carolyn Pendergast with camera in hand ask to take pictures of them. I asked Mrs. Pendergast would she like to take the ones on my chest also, she stated "no" and that inmate Eugene Lassie identified me by the tattoos on my back arm and from a picture line up.

Sunday 10, of September 2006, Sergeant Lenor and Sergeant Ellsberry made their round of talking to us ten inmates from september 1st raid. Sergeant Lenor and Sergeant Ellsberry spoke with me in a empty cell, Sergeant Lenor, found it bewilderment that inmate Eugene Lassie did not have any physical harm done to him and that he really did not believe that a rape had occur, but that he had a job to perform by taking the inmate's statement. He said when the inmate picked me out of the line up of inmates pictures, we asked inmate Eugene Lassie are you sure that thats the guy. If you are lying charges will be brought against you by the Harrison County Sheriff Department, inmate Eugene Lassie indicated that he was sure it was me.

On the 20th of September 2006, represented by a local Solicitor name Ms. Kay L. Wilkerson I had a preliminary hearing here at Harrison County Sheriff Department. Investigator



Carolyn Pendergast left the hearing before I was to be heared by the Judge. The investigator give the case file to a fellow investigator at the last moment and never return to the preliminary hearing. I informed Ms. Kay L. Wilkerson that I would like to subpoena witnesses that are involved with the case to this hearing. Ms. Wilkerson made known my request to the Judge. He stated that I was to have a hearing that day or not have one at all. After the preliminary hearing for sexual Battery, 20th day of September 2006, the disciplinary officer informed me that we were to be release from disciplinary unit. Later on that day I returned back to C-Block, D-section, where I had remained until the 13th day of February 2007. I was then upgraded as a sex offender and place into a different housing unit. I have written numerous requests and grievances to the staff here at Harrison County Sheriff Department since being released from disciplinary housing and still have not receive a written response. It is the injustice carry out by those who vow to a oath to up hold the law, that should be consider a hideous crime commited upon a democratic nation. This misappropriation of justice tears the stars and stripes from the American flag. I will continue my plight of justice until the voice of the under privilege is heard. Let freedom ring. Do not allow such selfish interests to kill the hope of justice.

E

CAPT. ROGERS

02-048-07

# Harrison County Adult Detention Center

## Inmate Grievance Form

To: Grievance Officer

From: Jerome D. Johnson    287256    B-A
      Inmate Name          Docket #   Unit

Date: 20th February 2007

This is a grievance concerning: Denial of Due Process: Refusal of response to requests. I have written numerous requests concerning this charge of Sexual Battery on a Inmate, that I received on the 6th day of September 2006. This incident occurred here at Harrison County Jail on the 1st of September, this is my fourth grievance on the matter. On the 15th of February I gave sergeant Kelly requests and grievances to turn in, this is a serious allegation that should not be taking lightly. Why am I giving the run around by this administration on this charge? I want to know why, was I told by sergeant Lege on the 4th day September, 2006, that the reason I was place in segregation housing was due to the finding of contraband items, but to never to receive a written Rule Violation on these items? They following day 5th of september I was rush off to a local hospital where I was force to render over my D.N.A. The investigator for Harrison County Sheriff Department had obtain a Warrant of seizure for my D.N.A sample prior. Does this disqualify the shift Supervisor to submit a category I offense Rule Violation to me? I was release from disciplinary segregation on the 20th of september 2006, 20 days later without a disciplinary hearing and return back to my original unit C-D as if nothing happen. Please explain? Have the Inmate Disciplinary Rules and procedures change?

Jerome Johnson
Inmate Signature    2/21/07

G

Inmate Grievance Form

# Harrison County Adult Detention Center

(IGF-2)

## First Step Response Form

Grievance Number __02__ - __048__ - __07__

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: __Jerome D. Johnson 287256__                              __B/A__
     Inmate Name and Docket Number                            Housing Unit

From: __Capt K Rogers__
       Person to whom 1st Step is Directed                    Title/Location

Your Sexual Assault charge has been turned over to Criminal Investigation Department. You will need to contact your attorney or CID about your case. In any criminal case that happens within this facility you may be locked down pending further investigation and in your case you were. When criminal cases are pending you really don't want to receive a rule violation. Your charge will be dealt with in court not Disciplinary

__2/23/07__                                                   __KR__
  Date                                                        Signature

If you are not satisfied with this response, you may go to Step 2 by filling out the second step section of Form IGF-1 and sending copies of Step 1 and Step 2 to the Warden. It must be received in the Warden's office within 5 days of the date of this response.

Instructions to respondent: Send original IGF-1 with IGF-2 to the Grievance Officer. **Note:** A copy of all documents referenced in the response must be attached and returned to the Grievance Officer.

Instruction to Inmate: This original is for you to keep.

Inmate's Original

A

APPROVED FEB 26 2007

# Harrison County Adult Detention Center

Inmate Grievance Form (IGF-1)

## Inmate Relief Request Form

Grievance Number __02__ - __048__ - __07__

Type or use ball-point pen.

To: __CAPT. ROGERS__
First Step Respondent

HCADC / HCWC
Location – Circle One

From: __Jerome Johnson 287256__
Inmate's Name and Docket Number

__B__/A
Housing Unit

__2/21/07__
Date of Incident

☐ Accepted    This request comes to you from the Grievance Officer. See the attached request from the inmate. Please return your response to this office within 10 days of this date.

☐ Rejected    Your request has been rejected for the following reason(s):
__No Disposition__
__Please see attached remarks from Captain Rogers__

__2/26/07__
Date

_____
Grievance Officer

### Second Step

On __26th of February 2007__ (date), I received a written response to my First Step request. I am not satisfied with this response because:
__of the questions I inquiry about have not been properly answer. If this matter has been taking seriously and carefully examine, I would not be making a complaint about the injustice I absorbed from this administration. Why would an individual of a criminal charge refuse process of the law? Have the Inmate Disciplinary Rules and Procedures Change?__

Therefore, I am commencing the Second Step by sending this form and the First Step response (IGF-2), to the Warden. This request must reach the Warden's office within 5 days of my receiving the First Step response.

RECEIVED

__26th of February 2007__
Date

_____
Signature

Inmate Grievance Form

# Harrison County Adult Detention Center

(IGF-3)

## Second Step Response Form

Grievance Number  02 - 048 - 07

APPROVED MAR 12 20[..]

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: Jerome Johnson 287256
Inmate Name and Docket Number

B/A
Housing Unit

From: Donald A. Cabana
Warden

HCADC/HCWC
Location-Circle One

When a criminal charge is filed against an inmate it is turned over to the C.I.D. division. You will need to contact them for further clarification

03-06-07
Date

_[Warden's Signature]_
Warden's Signature

This is the final step in the Inmate Grievance process.

**Instructions to Warden:** Send original and Step 2 copy to the Grievance Officer.

**Instruction to Inmate:** This original is for you to keep.

Inmate's Original

## Harrison County Adult Detention Center
George H. Payne, Jr., Sheriff

# Inmate Request Form

Date of Request: 21th February 2007

Docket #: 287256    Date Incarcerated: 13 December 2006    Block: B    Section: A

Inmate Name: Johnson, Jerome    Birthdate: 1-16-72

### (PLEASE CIRCLE ONLY ONE)

| | | |
|---|---|---|
| CLASSIFICATION | BEDDING | COUNSELLING |
| LEGAL | CLOTHING | G.E.D./ADULT BASIC SKILLS |
| PROPERTY | INDIGENT | LIFE LEARNING PROGRAM |
| RECORDS | INMATE ACCOUNTS | TRUSTEE |
| CHAPLAIN | SHIFT SUPERVISOR | **(WARDEN)** |

**Explain Need Below:**

Sir, patience and understanding is a quality, I tried my best to express while dealing with this alleg allegation of Sexual Battery charge. I believe that I put too much confidence into this administration, entrusting that officers would do their job to the best of their ability. Had Sergeant Lenar relay his total investigation finding concerning this incident to your office before moving forward with legal proceeding, I would not be on B-Block nor would I have to write you in this manner. I have been inform by an officer to have faith in you, Dr. Cabanna and that there would be some change of events transpiring under your new leadership. My innocence is known among staffs and inmates alike, I have tried to get in contact with investigator Carolyn Pendergast numerous times but she —
(See page 2)

---
(Inmate DO NOT WRITE below this line)

**Staff Response:** I have asked the Criminal Investigation Division to update me on your case status. I will keep you informed.

Date Received:
By:

Date Completed: 3-9-7
By: #4

3-ALDF-3E-11 implemented 10/06

# Harrison County Adult Detention Center
George H. Payne, Jr., Sheriff

# Inmate Request Form

Date of Request: 21th February 2007

Docket #: 287256   Date Incarcerated: 13 December 2004   Block: B   Section: A

Inmate Name: Johnson, Jerome   Birthdate: 11676

### (PLEASE CIRCLE ONLY ONE)

| CLASSIFICATION | BEDDING | COUNSELLING |
| LEGAL | CLOTHING | G.E.D./ADULT BASIC SKILLS |
| PROPERTY | INDIGENT | LIFE LEARNING PROGRAM |
| RECORDS | INMATE ACCOUNTS | TRUSTEE |
| CHAPLAIN | SHIFT SUPERVISOR | **(WARDEN)** |

**Explain Need Below:**

refuse to respond. On the 20th of September 2006, I return back to C-Block D-Section from segregation because of this allegation and I had remain there until recently. I was accepted as a Inmate Worker sometime in January and dress out. It was thus then brought up again to classification attention that I had this new in house charge that hinder my staying a Inmate Worker that day. I was escorted to classification by the kitchen staff, where I spoke with the classification officer and she inform me that only you had the power to override housing status of inmates, and if approve I would remain on C-Block. The kitchen officer escorted me back to the unit, later on that day —
(See page 3)

**(Inmate DO NOT WRITE below this line)**

**Staff Response:**

_____
_____
_____
_____
_____

Date Received:        Date Completed:
By:                   By:

3-ALDF-3E-11 implemented 10/06

# Harrison County Adult Detention Center
George H. Payne, Jr., Sheriff

# Inmate Request Form

Date of Request: 21 February 2007

Docket #: 287256     Date Incarcerated: 13 December 2004     Block: B     Section: A

Inmate Name: Jerome Johnson     Birthdate: 1-16-76

## (PLEASE CIRCLE ONLY ONE)

| CLASSIFICATION | BEDDING | COUNSELLING |
| LEGAL | CLOTHING | G.E.D./ADULT BASIC SKILLS |
| PROPERTY | INDIGENT | LIFE LEARNING PROGRAM |
| RECORDS | INMATE ACCOUNTS | TRUSTEE |
| CHAPLAIN | SHIFT SUPERVISOR | **(WARDEN)** |

**Explain Need Below:**

they announce that I could stay on the unit. I remained there until the 13th of February 2007. Now, sir I do not have a violent criminal record period, nor do I have a history of violence with this jail, yet here I am how with lifers, murders and juvenile delinquents. Because the negligence and misappropriation of justice from a few, I am place in harms ways. I am from Canada and been here since 13th of December 2004 dealing with my initial charge. I am need your full attention and assistance in exposing this crime against me that I may be return to C-Block as soon as possible. Thank you !

---

(Inmate DO NOT WRITE below this line)

**Staff Response:**

_____
_____
_____
_____
_____

**Date Received:**     **Date Completed:**
**By:**                **By:**

3-ALDF-3E-11 implemented 10/06

ATT: LIEUTENANT LEONARD

# Harrison County Adult Detention Center
George H. Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: MARCH 25 2007

Docket #: 287256    Date Incarcerated: DECEMBER 13 2004    Block: B    Section: A

Inmate Name: JOHNSON, JEROME    Birthdate: 1-16-76

### (PLEASE CIRCLE ONLY ONE)

| CLASSIFICATION | BEDDING | COUNSELLING |
| --- | --- | --- |
| LEGAL | CLOTHING | G.E.D./ADULT BASIC SKILLS |
| PROPERTY | INDIGENT | LIFE LEARNING PROGRAM |
| RECORDS | INMATE ACCOUNTS | TRUSTEE |
| CHAPLAIN | **(SHIFT SUPERVISOR)** | WARDEN |

**Explain Need Below:**

Lieutenant Leonard I spoke with you numerous of occasion on the matter of this sexual Battery charge I received from September 1st raided of C-Block, D Section. You are fully aware of this Charge as being the reporting officer. This up grade in horse mistake charge is hindering me from being with my family. On March 22, I was thus delay again on a probation violation hearing, because the C.I.D investigator Carolyn Pendergast is said to be on paternity leave of absent. I do not understand why this Injustice is being hand to me. This guy just straight lied and me and my family must suffer. please tell me why?? For I hand no wrong doing in this matter period!!

(Inmate DO NOT WRITE below this line)

**Staff Response:**

You need to speak to K. Wilkerson

LT. LEONARD

Date Received:    Date Completed:
By:    By:

3-ALDF-3E-11 implemented 10/06

M