IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

SOUTHERN DISTRICT OF MISSISSIPPI
FILED
AUG 27 2007
J.T. NOBLIN, CLERK
BY_____ DEPUTY

JEROME D JOHNSON #287256                                    PLAINTIFF

    VERSUS          CIVIL ACTION NO. 1:07-CV-539-LG-JMR

WARDEN CABANA, ET AL.                                       DEFENDANTS

PERSONALLY APPEARED BEFORE ME, THE UNDERSIGNED AUTHORITY IN AND FOR SAID JURISDICTION OF HARRISON'S COUNTY. THE WITHIN NAMED OF JEROME D. JOHNSON #287256 WHO AFTER FIRST BEING BY ME DULY SWORN, STATED ON OATH THAT THE STATEMENTS SET FORTH IN THE ABOVE AND FOREGOING CIVIL SUIT, ARE TRUE AND CORRECT AS THERE IN STATED.

                RESPECTFULLY SUBMITTED
            ON THE 22 DAY OF AUGUST, 2007
            BY  JEROME D. JOHNSON #287256
                        PLAINTIFF

SWORN TO AND SUBSCRIBED BEFORE ME, THIS 22 DAY OF AUGUST, 2007

                                _____
                                NOTARY PUBLIC

MY COMMISSION EXPIRES.
1-25-11