## MULTI-COUNT INDICTMENT

THE STATE OF MISSISSIPPI,     CIRCUIT COURT     MARCH TERM, A.D., 2005

FIRST JUDICIAL DISTRICT, HARRISON COUNTY     No. B-2401-2005-224

THE GRAND JURORS of the State of Mississippi, taken from the body of the good and lawful citizens of the First Judicial District of Harrison County, duly elected, empaneled, sworn and charged to inquire in and for the said State, County and District, at the Term of Court aforesaid, in the name and by the authority of the State of Mississippi, upon their oaths present:

UTTERING FORGERY-THREE COUNTS     Form # 02-07-B, July 89
Section 97-21-59, Miss. Code of 1972

### COUNT I

That: JEROME DONTAE JOHNSON

in the First Judicial District of Harrison County, Mississippi, on or between July 31, 2003, and August 1, 2003,

did wilfully, unlawfully, feloniously, and with fraudulent intent, utter and publish as true to Gammel's Shop-Rite, located at 4322 West Railroad Street, Gulfport, Mississippi, a certain forged instrument, to-wit: check # 1311244619, dated July 25, 2003, drawn on Wilmington Trust Company, Milford, Delaware, account # 19005577 of Labor Ready, in the amount of Four Hundred Eighty-Five and 58/100 ($485.58), incorporated as an integral part of this Indictment by attachment hereto as Exhibit "A", the said instrument being apparently capable of effecting a fraud, knowing the same instrument to be forged,

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

### COUNT II

As part of the same common scheme or plan That:

JEROME DONTAE JOHNSON

in the First Judicial District of Harrison County, Mississippi, on or between August 6, 2003, and August 7, 2003,

did wilfully, unlawfully, feloniously, and with fraudulent intent, utter and publish as true to Gammel's Shop-Rite, located at 4322 West Railroad Street, Gulfport, Mississippi, a certain forged instrument, to-wit: check # 1311244620, dated August 1, 2003, drawn on Wilmington Trust Company, Milford, Delaware, account # 19005577 of Labor Ready, in the amount of Six Hundred Eighty-Seven and 56/100 ($687.56), incorporated as an integral part of this Indictment by attachment hereto as Exhibit "B", the said instrument being apparently capable of effecting a fraud, knowing the same instrument to be forged,

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

EXHIBIT "B"

## COUNT III

As part of the same common scheme or plan That:

JEROME DONTAE JOHNSON

in the First Judicial District of Harrison County, Mississippi, on or about August 6, 2003,

did wilfully, unlawfully, feloniously, and with fraudulent intent, utter and publish as true to Gammel's Shop-Rite, located at 4322 West Railroad Street, Gulfport, Mississippi, a certain forged instrument, to-wit:  check # 1311244627, dated August 6, 2003, drawn on Wilmington Trust Company, Milford, Delaware, account # 19005577 of Labor Ready, in the amount of Six Hundred Eighty-Seven and 95/100 ($687.95), incorporated as an integral part of this Indictment by attachment hereto as Exhibit "C", the said instrument being apparently capable of effecting a fraud, knowing the same instrument to be forged,

contrary to the form of the statute in such cases made and provided, and against the peace and dignity of the State of Mississippi.

_____   A TRUE BILL  _____
DISTRICT ATTORNEY                              FOREMAN OF THE GRAND JURY

WITNESSES:
Det. Cary Harmon, Gulfport Police Department, Gulfport, MS

## AFFIDAVIT

Comes now Alfred Bauer, Foreman of the aforesaid Grand Jury, and makes oath that this indictment presented to this Court was concurred in by twelve (12) or more members of the Grand Jury and that at least fifteen (15) members of the Grand Jury were present during all deliberations.

_____
FOREMAN OF THE GRAND JURY

Sworn to and subscribed before me this the 26 day of April, 2005.

GAYLE PARKER, CIRCUIT CLERK

By _____, D.C.

FILED
APR 2 6 2005
GAYLE PARKER
CIRCUIT CLERK
By _____ D.C.