# STATE OF MISSISSIPPI

## Harrison County



### WARRANT FOR ARREST ON VIOLATION OF PROBATION

To any probation officer of the Mississippi Department of Corrections: or any other officer authorized to serve criminal process in this state, Greetings

To: <u>Any Law Enfrocement</u>

I, <u>Fannie Tonth</u> Field Officer
Hereby state and declare that Jerome <u>Johnson</u> was convicted by the Circuit Court of the
<u>2nd</u> Judicial District thereof for the crime of:

Uttering Forgery

And was sentenced to serve a term of <u>10</u> years in the Mississippi Department of Corrections, but the Circuit Court placed the said Johnson, Jerome Dontae <u>Johnson, Jerome Dontae</u> on probation for a period of <u>3</u> years under the
supervision of the Department of Corrections, said case number <u>B2401-2005</u>, entered and recorded in Minute Book _____ Page _____ of the Circuit Court of said county in the above styled and numbered cause, dated <u>16th</u> day of <u>August</u>, <u>2005</u>.
I, the undersigned <u>Fannie Tonth</u> further state and charge said Jerome <u>Johnson</u> has violated the terms of said order of probation in the following particulars, to-wit:
Failed to complete the Hinds Restitution Center by committing an offense against the laws of this state, any other state or the United States by receiving stolen property. Resident Jerome Jonhson did not produce a receipt that he had purchased a Sony Digital Camera.

Present status and address:

429 South Gallatin Street, Jackson, Miss. 39203

Therefore, I hereby deputize you to arrest the said Jerome <u>Johnson</u>
under the authority of Mississippi Code 1972, Annotated, Section 47-7-37, and remand the said
<u>Jerome Johnson</u> to jail, pending disposition of said charge of violation of probation by the Circuit Court or the judge therof having jurisdiction hereof.

Witness my hand this the <u>23</u> day of <u>June, 2006</u>.

*Fannie Tonth*
Field Officer

Cc: Deputy Commissioner of
Community Corrections
    Field Officer



EXHIBIT "C"