# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Inmate Request Form

Joseph Eugene

Date of Request: _____

Docket #: _____ Date Incarcerated: _____ Block: C Section: A

Inmate Name: _____ DOB: _____

Social Security Number: 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 Case Number: _____

Charge: _____ Cause Number: _____

**(Check One Only)**

1. Booking Records / Property  ____
2. GED – Life Skills  ____
3. Inmate Accounts / Indigent  ____
4. Grievances / Shift Supervisor  ____
5. Majors / Captains  ____
6. Counseling  ____
7. Chaplain  ____
8. Reclassification  ____
9. Other  ____

**Explain Need Below:**

I was raped last night. I need medical attn.

**Staff Response:** (Inmate do not write below this line)

9/1 - Nurse examined
Placed in Medical
Placed on next MD Call
Placed on Psychiatrist Call

| Date Received: | Date Completed: | Date Filed: |
|---|---|---|
| By: | EXHIBIT "D" | By: |