# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

☒ *INVESTIGATIVE REPORT*    ☐ *SUPPLEMENTAL REPORT*    ☐ *NARRATIVE*

*CASE NUMBER*: **2006-16701**
*OFFENSE*: **SEXUAL BATTERY**
*DATE REPORTED*: **09-01-2006**
*INVESTIGATOR*: **PRENDERGAST**

I. *SYNOPSIS*:

On September 5, 2006, The Harrison County Sheriff's Department arrested Jerone Dontae Johnson and Michael Tyrone Blackmon for sexual battery. This arrest was a result of a complaint made by Eugene Anthony Loisel III, who related that Johnson and Blackmon sexually assaulted him in C-Block of the Harrison County Adult Detention Facility. Johnson and Blackmon were placed into the Harrison County Adult Detention Facility under $100,000.00 bond set Judge Melvin Ray.

II. *VICTIM*:    EUGENE ANTHONY LOISEL III, W/M
DOB: 05-10-1984
SSN: 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
2229 32ND STREET GULFPORT, MS.

III. *DEFENDANT*:    JEROME DONTAE JOHNSON, B/M
DOB: 01-16-1976
SSN: 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
35 WOODVILLE AVENUE EAST YORK, CN.

MICHAEL TYRONE BLACKMON, B/M
DOB: 02-24-1979
SSN: 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
538 REDNECK STREET BILOXI, MS.


EXHIBIT "E"

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

IV. **_WITNESS:_**   DONALD RICHARDSON, W/M
DOB: 08-09-1960
SSN: 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
1845 TWIN PINE DRIVE PEARL MS.

FREDRICK SULLIVAN, W/M
DOB: 09-29-1979
SSN: 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
318 KIMBERLY DRIVE GULFPORT, MS.

NURSE GAY HARTLEY, HEALTH ASSURANCE, LLC

STEPHAINE PARKS, MEMORIAL HOSPITAL AT GULFPORT
DR. CARL MORAN, MEMORIAL HOSPITAL AT GULFPORT
JENNIFER CLARKE, MEMORIAL HOSPITAL AT GULFPORT

DEPUTY NATHAN ELLSBERRY, HCSD
DEPUTY EARL LEONARD, HCSD
DEPUTY KENNY ROGERS, HCSD
DEPUTY JACENT GREGORY, HCSD
DEPUTY TOM JOHNSON, HCSD
DEPUTY MARIE STEVENSON, HCSD
DEPUTY ROBERT MILLER, HCSD
INV. KEVIN FAYARD, HCSD
INV. CAROLYN PRENDERGAST, HCSD

V. **_NARRATIVE:_**

On August 31, 2006, Inmate Loisel filled out an Inmate request form stating that "I was raped last night. I need medical attn". This form was given to Nurse Gay Hartley at the evening medical call at approximately 9:10pm, Nurse Hartley called corrections to have Loisel brought to Medical.

On September 1, 2006, Loisel was examined by Nurse Hartley in Medical. Nurse Hartley noted that there appeared to be some injury to the rectum, no visible blood noted, with slight bruising around the rectum. Nurse Hartley requested that inmate Loisel be placed into medical for observation.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

On September 1, 2006, at approximately 3:15am, Inmate Eugene Loisel advised Sergeant Nathan Ellsberry and Sergeant Earl Leonard that he was sexually assaulted in C-Block, D- Section. Inmate Loisel reported that two black males from the top tier came into his cell and jumped on him. Inmate Loisel reported that one black male held him down while the other black male raped him. Loisel identified the two black males as Michael Blackmon who held him down and Jerone Johnson who sexually assaulted him.

On September 1, 2006, Inmate Loisel was transported to Memorial Hospital at Gulfport where a victim's sexual assault kit was performed on Loisel by Dr. Carl Moran with the assistance of Nurse Stephaine Parks. Dr. Moran noted that he found dried secretions on Loisel's buttock folds. Deputy Tom Johnston took possession of the victim's sexual assault kit from Nurse Stephaine Parks. Inv. Prendegast took possession of the victim's sexual assault kit from Deputy Johnston and placed it into the CID evidence refrigerator.

On September 1, 2006, at approximately 3:42pm, Inv. Prendergast conducted an audio recorded interview with Eugene Loisel III at the Harrison County CID interview room. Loisel related that he is currently incarcerated on a probation violation. Loisel related that his original charge was robbery. Loisel related that he has been in the Harrison County Adult Detention Center Facility since August 24, 2006. Loisel related that on August 31, 2006, at approximately 2-5am, he woke up to use the bathroom. Loisel related that when he went to lay back down, two black male inmates entered his cell. Loisel related that one inmate held him while the other sexually assaulted him. Loisel described the inmate that penetrated him as a black male, tall with tattoos on each arm. Loisel related that one arm had something like "Gautier" tattooed on it and the other had "soldier" tattooed on it. Loisel related that he felt a sharp object against his throat but could not describe it. Loisel related that the inmate that held him had him up against the wall in a standing position. Loisel related

3

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

that they told him if he does anything they were going to cut him. Loisel related that he could not advise whether the inmate ejaculated or not. Loisel related that after they were finished they threw him on his bunk and he just laid there. Loisel related that he filled out the inmate request and gave it to the nurse at medicine call that night. Loisel related that he had not taken a bath or had a bowel movement during this time period. Loisel related that he was shown several pictures of inmates by the correctional officer in which he identified Jerome Johnson as the inmate that penetrated him. Loisel identified Michael Blackmon as the inmate that held him.

On September 1, 2006, at approximately 10:00am, Sergeant Rogers assisted in a shake down of inmate Johnson and Blackmon cell's (231 and 228) Sgt. Rogers discovered a blade that was removed from a county issued razor lying on the top bunk of Johnson's cell. Officer Gregory found the handle part of a county issued razor with the blade removed in Blackmon's cell. Both items were placed into the evidence vault.

On September 2, 2006, at approximately 10:46am, Inv. Prendergast conducted an audio recorded interview with Donald Richardson (Loisel's room mate) at the Harrison County Sheriff's Department CID interview room. Richardson related that he is deaf in his right ear. Richardson related that he does not wish to get involved in anything. Richardson related that he wants to finish his time and go home.

On September 5, 2006, at approximately 10:22am, Inv. Prendergast presented Loisel with a photographic line up of six black males. Loisel positively identified Blackmon as the inmate that held him.

On September 5, 2006, at approximately 10:24am, Inv. Prendergast presented Loisel with a second photographic line up of six black males. Loisel positively identified Johnson as the inmate the penetrated him.

On September 5, 2006, Inv. Prendergast prepared a criminal affidavit against Blackmon and Johnson for sexual battery. Inv. Prendergast also prepared affidavits

4

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

and underlying facts for a search warrant for Johnson and Blackmon's body. Inv. Prendergast presented the aforementioned underlying facts and affidavits to the Honorable Judge Melvin Ray. After review and consideration, Judge Ray issued warrants for Blackmon and Johnson for the charge of sexual battery. Judge Ray also issued search warrants for Blackmon and Johnson's person.

On September 5, 2006, at approximately 1:48pm, Inv. Prendergast conducted an audio recorded interview with Jerome Johnson at the Harrison County CID interview room. Inv. Prendergast advised Johnson of his Miranda Warning. Johnson related that on August 31, 2006, he was in his cell all night. Johnson related that he is currently in "lock down" due to the correctional officer finding a razor and pen in his cell. Johnson denied the allegations against him.

On September 5, 2006, at approximately 2:09pm, Inv. Prendergast conducted an audio recorded interview with Michael Tyrone Blackmon at the Harrison County Sheriff's Department CID interview room. Inv. Prendergast advised Mr. Blackmon of his Miranda Warning. Blackmon invoked his rights.

On September 5, 2006, Deputy Marie Stevenson and Deputy Robert Miller transported J. Johnson and M. Blackmon to Memorial Hospital at Gulfport. Inv. Prendergast met them at the hospital to execute the search warrant on their bodies. Nurse Jennifer Clarke was asked to conduct the suspect sexual assault kits on both Blackmon and Johnson's person. Deputy Stevenson and Deputy Miller witnessed this execution of the search warrants by Nurse Clarke. Nurse Clarke turned both suspect sexual assault kits over to Inv. Prendergast. Inv. Prendergast transported the kits to the Harrison County Sheriff's Department where they were placed in the CID evidence refrigerator.

On September 7, 2006, Inv. Prendergast requested permission to send the victim's sexual assault kits and the suspect's sexual assault kits to Reliagene Technologies for testing.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

On September 7, 2006, Inv. Prendergast photographed Jerone Johnson's tattoos in the Harrison County Adult Detention Booking area. Inv. Prendergast observed the tattoo on the back of Johnson's left arm to depict "GUTTER". Inv. Prendergast observed the tattoo on the back of Johnson's right arm to depict "SOLDIER". These tattoos were photographed and placed into the investigative case file.

On October 11, 2006, at approximately 1:25pm, Inv. Prendergast was contacted by Staten Fountain who stated that he was representing Michael Blackmon. Fountain requested that Inv. Prendergast conduct an interview with inmate Fredrick Sullivan. Fountain related that Sullivan had some information about this investigation.

On October 13, 2006, at approximately 10:56am, Inv. Prendergast and Inv. Fayard conducted an audio recorded interview with Fredrick Sullivan at the Harrison County Sheriff's Department CID interview room. Sullivan related that he is currently incarcerated for the charge of murder. Sullivan stated that he was returned to Harrison County from MDOC on August 24, 2006. Sullivan related that this is when he met Loisel in the booking holding cell. Sullivan related that Loisel came to lock down recently. Sullivan related that he was "picking" with Losiel and stated "Hey man, you went around and let somebody take you?" Sullivan stated that Loisel told him that he owed a lot of cigarette and told the sergeant that he feared for his life. Sullivan related that Loisel stated that the sergeant alleged that he (Loisel) been raped to get him moved out of the block. Sullivan related that "I was ragging him (Loisel) hard". Sullivan related that he would not tell anyone if he was ever "tampered" with. Sullivan related that he does not know whether Loisel denied the raped occurred because he did not want the other inmates to know or not.

On October 27, 2006, Inv. Prendergast conducted a second interview with Eugene Loisel III at the Harrison County Sheriff's Department CID interview room.

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
Sheriff George H. Payne Jr.

Due to technical difficulty, there is no audio recording of this interview. Loisel related that he denied the rape occurred when speaking with Sullivan because the inmates were giving him a hard time. Loisel related that he did not want any of the other inmates to know about the rape. Loisel related every thing he disclosed to law enforcement about the rape was the truth.

On December 7, 2006, Inv. Prendergast submitted an evidence submission request for the Mississippi Crime Lab to compare the sexual assault kits for DNA evidence.

This investigative case file will be forwarded to the District Attorney's Office for Grand Jury review.