

# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

**NO 43315**

| 1) | 2) Inmate Name: | 3) Inmate Housing Block/Section/Cell: |
|---|---|---|
| 287256 | Johnson Jerome | C-D-231 |

| 4) Date: | Time: | 5) Rule violation | 6) Evidence ☐ Yes ☐ No Location: |
|---|---|---|---|
| 9-1-06 | 0945 | ☑ Major ☐ Minor | |

**Rule Violation (s):** Category II

4. Sale/Possession of Contraband.

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☑ Medium Security ☐ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☑ Yes ☐ No    Block: D   Section: D   Cell: 230

| 9) Notice Served by: | Date: | Time: |
|---|---|---|
| Martin | 9/1/00 | 710 |

| 10) Reporting Officer: | Division: | Reviewing Supervisor: |
|---|---|---|
| No. 289  Name FTO Gregory | Corrections | No. 151  Name S1 |

I request investigation and witness(es) ☐
I waive the right to a hearing ☐ Yes ☐ No Inmates Initials___. Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than 7 working days in the appropriate hearing office.
* Working days between date of violation and hearing _____.
If more than seven (7) working days, explain: _____
*Documents read and discussed ☐ RVR ☐ Investigation ☐ Witness(es) Statement ☐ Other (specify)_____
Appeal may be filed with Director of Corrections or designee within 15 days after receipt of disciplinary decision.
Offender Signature: _____ Date: _____

### To be Completed by Disciplinary Officer

| 11) Plea Offered by: | Date: | Time: |
|---|---|---|
| | | |

| Plea Accepted ☐ Inmate Initial's: | Plea Refused ☐ Inmate Initial's: | Date: | Time: |
|---|---|---|---|
| | | | |

### Disciplinary Hearing

| 12) Date: | Time: | Location: |
|---|---|---|

### Board Members

| 1. | 2. | 3. |
|---|---|---|

### 13) Findings of Board

**Narrative of Board Findings:**

_____
_____
_____
_____
_____

| 14) Guilty ☐ | 15) Dismissed ☐ | 16) Criminal Prosecution ☐ | 17) Other: |
|---|---|---|---|

### 18) Type of Sanction (s) Imposed

| Administrative Segregation ☐ | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Restricted Canteen ☐ | Start Date: | Time: | Ending Date: | Time: |
| Restricted Visitation ☐ | Start Date: | Time: | Ending Date: | Time: |

Verbal Warning ☐                              Written Warning ☐

| Disciplinary Officer: | Disposition Date: | Page: ___ of ___ |
|---|---|---|
| No.   Name: | | |

**EXHIBIT "G"**

White - Inmate Copy    Canary - _____    Discipline File    Gold - Captain of Security

Director of Corrections or Designee

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Contraband | Date of This Report 9/01/06 | Date of Original Report 9/01/06 |
| | Suspect / Victim Name Inmate Jerome Johnson #287256 | | List Complaint Numbers of Connected Case |

On September 1, 2006 Field Training Officer Jacent Gregory #289 was assigned to Rover duties. At approximately 0945 hours FTO Gregory, several Deputies, and six K-9 Deputies entered C block D section. FTO Gregory entered cell 228 to conduct a cell search for contra band. FTO Gregory discovered a razor with cover but no razor blade inside under Inmate Michael Blackmon #289284 mattress. Sergeant Kenneth Rogers #161 conducting cell search to cell 231 finding more razors under Inmate Jerome Johnson's #287256 mattress. Sergeant Rogers found a razor matching the missing razor in cell 228. FTO Gregory gathered all razors found in cells 228 and 231. FTO Gregory prepared all the proper paperwork and placed the razors in separate bags then placed in evidence box. Inmates Blackmon and Johnson placed in B block D section until seen by Disciplinary Officer Tarpley #267. Both Inmates property and issue were inventoried in B block.

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No: 289 Name: J. Gregory | Division: CORRECTIONS | Reviewing Supervisor: No: Name: | Disposition Date |

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## GEORGE PAYNE, SHERIFF

| ☐ Juvenile Involved | Harrison County Sheriff's Office NARRATIVE FORM | | Case |
|---|---|---|---|
| ☒ Original Report ☐ Offense Supplement ☐ Custody Supplement | Type Incident/Crime Informational | Date Of This Report – **09-05-06** | Date of Original Report 09-01-06 |
| | Suspect: | | List Complaint Numbers of Connected Case |

On 09-01-06 at approximately 1000 hours Sergeant Rogers assisted in a shake down in C-Block D-Section. Sergeant Rogers was instructed by Warden Cabana to locate and secure Inmates Jerome Johnson cell 231 and Michael Blackmon cell 228. Both inmates were secured and removed from the section. Sergeant Rogers then began searching Johnson's cell and found a blade that was removed from a county issued razor lying on the top bunk. FTO Gregory was searching Blackmon's cell 228 and found the handle part of the razor with the blade removed. All items were turned over to FTO Gregory and turn in to the evidence vault.

DISPOSITION
A. Cleared Adult Arrest ☐
B. Cleared Exceptional Adult ☐
C. Cleared Juvenile Custody ☐
D. Cleared Exceptional Juvenile ☐
E. Unfounded ☐
F. Other-Cleared Exceptional ☐
G. Suspended Closed ☐

| Reporting Officer: No: 161 Name: **Sgt Rogers** | Division Corrections | Reviewing Supervisor No. NAME: | Disposition Date |

White = Records  Canary = Agency Use  Pink = Court/Detectives  Gold = Shift Capt / Jail   Page __ of __