IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEROME D. JOHNSON                                        PLAINTIFF

V.                                        CIVIL ACTION NO. 1:07cv539LG-JMR

DONALD A. CABANA, et al.                                    DEFENDANTS


STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF CORRECTIONS OFFICER ERIC TARPLEY
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named ERIC TARPLEY who, after first being duly sworn by me on his oath, did depose and state the following:

1.  My name is Eric Tarpley and I am over the age of twenty-one (21) years. I am a Deputy officer with the Harrison County Sheriff's Office and held the position of Disciplinary Officer at all times relevant to Plaintiff claim(s). I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2.  At no time during my tenure as a Disciplinary Officer at the HCADC was I given the task or responsibility of investigating criminal matters arising at the HCADC. It is the policy of the HCADC that criminal charges against inmates are investigated through the Criminal Investigation Division (CID).



**EXHIBIT**

"H"

3.    On September 1, 2006, during a cell shakedown, contraband was found in Plaintiff's cell area, as a Disciplinary Officer, I was forwarded the Rule Violation Report that was issued in this incident. As a major violation the Plaintiff received such disciplinary action that included a Detention Notice and Plaintiff was placed in Segregation Confinement from September 8, 2006 until September 20, 2006. See Rule Violation Report, Detention Notice, and Segregation Confinement Record, collectively attached hereto as **Exhibit "1"**.

4.    At the time Plaintiff was charged with sexual assault, Plaintiff did not receive a Rule Violation Report because this was a criminal matter and all criminal matters are handled through CID and the courts.

I certify the above declaration is true and correct under penalty of perjury.


_____
Affiant/Eric Tarpley
Harrison County, Mississippi


Sworn to and subscribed before me on this the _1st_ day of _August_, 2008.


_____
Notary Public

My Commission Expires:

_1/28/09_____

(SEAL)



# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

NO 43315

| 287256 | **2) Inmate Name:** Johnson Jerome | **3) Inmate Housing Block/Section/Cell:-** C-D-231 |
|---|---|---|

| **4) Date:** 9-1-06 | **Time:** 0945 | **5) Rule violation** ☒ Major ☐ Minor | **6) Evidence** ☐ Yes ☐ No Location: |
|---|---|---|---|

**Rule Violation (s):** Category II

4. Sale/Possession of Contraband.

**7) Inmate Classification:** ☐ Juvenile ☐ Minimum Security ☒ Medium Security ☐ Maximum Security ☐ Inmate Worker

**8) Inmate Placed In Prehearing Detention:** ☒ Yes ☐ No Block: D Section: D Cell: 230

| **9) Notice Served by:** Martin | **Date:** 9/1/00 | **Time:** 710 |
|---|---|---|

**10) Reporting Officer:** No. 289 Name FTO Gregory | **Division:** Corrections | **Reviewing Supervisor:** No. 156 Name SI

☐ I request investigation and witness(es)

I waive the right to a hearing ☐ Yes ☐ No Inmates Initials___. Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than 7 working days in the appropriate hearing office.
\* Working days between date of violation and hearing _____.
If more than seven (7) working days, explain: _____
\*Documents read and discussed ☐ RVR ☐ Investigation ☐ Witness(es) Statement ☐ Other (specify)_____
Appeal may be filed with Director of Corrections or designee within 15 days after receipt of disciplinary decision.
Offender Signature: _____ Date: _____

## To be Completed by Disciplinary Officer

| **11) Plea Offered by:** | **Date:** | **Time:** |
|---|---|---|

| **Plea Accepted** ☐ **Inmate Initial's:** | **Plea Refused** ☐ **Inmate Initial's:** | **Date:** | **Time:** |
|---|---|---|---|

## Disciplinary Hearing

| **12) Date:** | **Time:** | **Location:** |
|---|---|---|

## Board Members

| 1. | 2. | 3. |
|---|---|---|

## 13) Findings of Board

**Narrative of Board Findings:**

_____
_____
_____
_____
_____

| **14) Guilty** ☐ | **15) Dismissed** ☐ | **16) Criminal Prosecution** ☐ | **17) Other:** |
|---|---|---|---|

## 18) Type of Sanction (s) Imposed

| **Administrative Segregation** ☐ | **Start Date:** | **Time:** | **Ending Date:** | **Time:** |
|---|---|---|---|---|
| **Restricted Canteen** ☐ | **Start Date:** | **Time:** | **Ending Date:** | **Time:** |
| **Restricted Visitation** ☐ | **Start Date:** | **Time:** | **Ending Date:** | **Time:** |

| **Verbal Warning** ☐ | | **Written Warning** ☐ | |
|---|---|---|---|

| **Disciplinary Officer:** No. Name: | **Division:** | **Final Disposition Date:** | **Page:** ___ of _____ |
|---|---|---|---|

**EXHIBIT**

tabbies

"1"

Director of Corrections or Designee

# Harrison County Adult Detention Center
## George Payne, Jr., Sheriff

## Detention Notice

**Part I**

Date: 9-1-06    Time: 1100

Inmate Name: Johnson, Jerome    Docket #: 287256

Present Cell Assignment: CO D3g    Moved to: CO 23g

Reason for Application:

Category 1 : major

Facts:

Tampering with Security Devices

_____
Officer's Signature

**Part II**

**To be read to all inmates by the shift supervisor before being placed in detention:**

(1) You have the right to be provided written notice of charges or reason for detention. (2) You have the right to call witnesses. (3) You have the right to present written statement (s). (4) If the above involves a rule violation report (s), you have the right to have these incident (s) investigated by an investigation employee from the Disciplinary Department. (5) You have the right to counsel when you have been formally charged. You will meet with a Hearing Officer within 72 working hours. If you need more time, you must request that time from the Hearing Officer in writing.

**I have been informed of my rights concerning my detention:**

215

_____          _____
Inmate's Signature                  Signature of Authority Witnessing Inmate's Refusal / Service

Date: 9-1-06    Time: 1905          FTO
                                    _____
                                    Position

Check if inmate refused ☑          _____
                                    Supervisor's Signature

**Part III**

Date of Hearing: _____          Time: _____
Name of Witnesses:

**Part IV**

Findings of Hearing Officer (72 hour review):

_____
Signature of Hearing Officer

3-ALDF-3D-02 & 3D-03

Inmate File                    Discipline File

# Harrison County Adult Detention Center
## George Payne, Sheriff

## Segregation Confinement Record

Inmate: _Johnson, Jerome_ Number: _987256_ Date Assigned to Segregation: _9-1-06_

| Segregation Status (Check One) | Reasons for Segregation (Explain Fully): |
|---|---|
| [X] Pre-Hearing Detention<br>[ ] Protective Custody<br>[ ] Administrative Segregation<br>[ ] Disciplinary Segregation<br>[ ] Medical Observation | Pre-hearing -<br>Tampering with security Devices. |

Special Conditions: Segregation of the above named inmate is subject to the following special conditions, restrictions and/or precautions. (Attach additional sheets if necessary. Each line must be filled in. If no conditions apply, write "NONE").

Recreation/Exercise: _none_
Property Restrictions: _none_
Assault Risks: _none_
Known Enemies: _none_
Gang Affiliation(s): _none_
Restraints Required: _none_
Other Special Conditions: _none_

Segregation Ordered by:

_Robert Kline_      _Deputy_      
Printed Name            Title            Signature