# SEARCH WARRANT

**STATE OF MISSISSIPPI**
**COUNTY OF <u>HARRISON</u>**

AGENCY CASE # 2006-16701

TO ANY LAWFUL OFFICER OF <u>HARRISON</u> COUNTY,

WHEREAS, INV. CAROLYN PRENDERGAST, KNOWN TO ME TO BE CREDIBLE PERSONS, HAVE THIS DAY MADE COMPLAINT ON OATH BEFORE ME AS FOLLOWS:

1. THAT AFFIANTS HAVE GOOD REASON TO BELIEVE AND DO BELIEVE THAT CERTAIN THINGS HEREAFTER DESCRIBED ARE NOW BEING CONCEALED IN OR ABOUT THE FOLLOWING PLACE IN THIS COUNTY:

THE BODY OF JEROME DONTAE JOHNSON, B/M, AND DOB: 01-16-1976, WHICH IS PRESENTLY INCARCERARTED AT THE HARRISON COUNTY ADULT DETENTION FACILITY LOCATED AT 10451 LARKIN SMITH DRIVE GULFPORT, MS. 39503.

TOGETHER WITH ALL APPROACHES AND APPURTENANCES THERETO.

2. THAT THE PLACE DESCRIBED ABOVE IS OCCUPIED AND CONTROLLED BY:

JEROME DONTAE JOHNSON, B/M, AND DOB: 01-16-1976, WHICH IS PRESENTLY INCARCERARTED AT THE HARRISON COUNTY ADULT DETENTION FACILITY LOCATED AT 10451 LARKIN SMITH DRIVE GULFPORT, MS. 39503.

3. THAT SAID THINGS ARE PARTICULARLY DESCRIBED AS FOLLOWS:

THE ITEMS TO BE SEIZED ARE EVIDENCE IN THE CRIME OF SEXUAL BATTERY AND ARE AS FOLLOWS: BIOLOGICAL SPEIMENS SUFFICENT TO OBTAIN DIOXYRIBO NUCLEIC ACID (DNA) INFORMATION, TO INCLUDE: BLOOD SAMPLES, HAIR SAMPLES, SALIVA SAMPLES, FINGERPRINTNAIL SCRAPINGS AND ORAL CELL COLLECTION SWABS.

4. THAT POSSESSION OF THE ABOVE DESCRIBED THINGS IS IN ITSELF UNLAWFUL (OR THE PUBLIC HAS A PRIMARY INTEREST IN, OR PRIMARY RIGHT TO POSSESSION OF, THE ABOVE DESCRIBED THINGS), IN THAT SAID THINGS ARE:

TO BE USED IN A CRIMINAL INVESTIGATION OF SEXUAL BATTERY WITH THE DEFENDANT, JEROME DONATE JOHNSON, MISSISSIPPI STATUE 97-5-41 (1) AND 97-3-95 (1D) (1972) ANNOTATED

5. THE FACTS TENDING TO ESTABLISH THE FOREGOING GROUNDS FOR ISSUANCE OF A SEARCH WARRANT ARE SHOWN ON A SHEET HEADED "UNDERLYING FACTS AND CIRCUMSTANCES" WHICH IS ATTACHED HERETO, MADE A PART HEREOF AND ADOPTED HEREIN BY REFERENCE.

6. THIS COURT, HAVING EXAMINED AND CONSIDERED SAID AFFIDAVIT, AND ALSO HAVING HEARD AND CONSIDERED EVIDENCE IN SUPPORT THEREOF FROM THE AFFIANTS NAMED THEREIN DOES FIND THAT PROBABLE CAUSE FOR THE ISSUANCE OF A SEARCH WARRANT DOES EXIST.
THEREFORE, YOU ARE HEREBY COMMANDED TO PROCEED AT ANY TIME IN THE DAY OR NIGHT TO THE PLACE DESCRIBED ABOVE AND TO SEARCH FORTHWITH SAID PLACE FOR THE THINGS SPECIFIED ABOVE, MAKING KNOWN TO THE PERSON OR PERSONS OCCUPYING OR CONTROLLING SAID PLACE, IF ANY, YOUR PURPOSE AND AUTHORITY FOR SO DOING, AND IF THE THINGS SPECIFIED ABOVE BE FOUND THERE TO SEIZE THEM, LEAVING A COPY OF THIS WARRANT AND A RECEIPT FOR THE THINGS TAKEN; AND BRING THE THINGS SEIZED BEFORE THIS COURT INSTANTER; AND PREPARE A WRITTEN INVENTORY OF THE THINGS SEIZED; AND HAVE THEN AND THERE THIS WRIT, WITH YOUR PROCEEDINGS NOTED THEREON.



EXHIBIT "I"

WARRANT    Bond: $100,000.00 P/S/4      H.C.S.O. Case #:   Inv. Prendergast 2006-16701

# STATE OF MISSISSIPPI
# COUNTY OF HARRISON

TO ANY LAWFUL OFFICER OF HARRISON COUNTY:

This is to command you forthwith to take the body of     **Jerome Dontae Johnson**

b/m, dob: 01-16-1976, ssn: 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 of 35 Woodville Avenue East York, Cn.

and have him before the undersigned Justice Court Judge of said County, at his office in _____

Instanta            at \_\_\_\_ o'clock\_\_M., the _____

of _____, 2006 A.D to answer the State of Mississippi on the charge of

**sexual battery 97-3-95 (1) (a)**

Witness my hand this \_\_05th\_\_ day of \_\_September\_\_, 2006 A.D.

_____
Justice Court Judge