# CERTIFICATE OF INITIAL APPEARANCE

STATE OF MISSISSIPPI     DOCKET CJ   287256     CID FILE # 06-12701

COUNTY OF HARRISON     INVESTIGATOR HCSD/Prendergast

1ST JUDICIAL DISTRICT     ATTORNEY K. Wilkerson

I CERTIFY THAT JOHNSON, JEROME DONTAE     WHOSE ADDRESS IS
. WAS GRANTED AN INITIAL APPEARANCE BEFORE ME ON THE 6TH DAY OF SEPTEMBER, 2006.

THE FOLLOWING INFORMATION WAS GIVEN TO THE DEFENDANT VERBALLY, AND A COPY OF THIS CERTIFICATE WAS GIVEN TO THE SAID DEFENDANT.

1. **CHARGE AND PENALTY:** YOU HAVE BEEN CHARGED WITH THE FOLLOWING FELONY CRIME(S), AND IF YOU ARE ULTIMATELY CONVICTED, YOU MAY BE SENTENCED TO A TERM IN THE STATE PENITENTIARY.

   SEXUAL BATTERY     CASE 2400 0616701     BOND SET BY MR ON 09-05-2006 AT 100000

2. **RIGHT TO REMAIN SILENT:** IT IS NOT NECESSARY THAT YOU SAY ANYTHING AT THIS INITIAL APPEARANCE. YOU ARE NOT REQUIRED TO ENTER A PLEA OF GUILTY OR NOT GUILTY TO THE CHARGE(S). IF YOU DO SPEAK, ANY STATEMENTS YOU MAKE CAN AND WILL BE USED AGAINST YOU.

3. **RIGHT TO AN ATTORNEY:** YOU HAVE THE RIGHT TO THE ASSISTANCE OF AN ATTORNEY, AND IF YOU ARE UNABLE TO AFFORD AN ATTORNEY, ONE WILL BE APPOINTED TO REPRESENT YOU. AN APPLICATION FOR APPOINTMENT OF AN ATTORNEY MAY BE MADE AT THIS TIME. IF YOU WISH TO HIRE YOUR OWN ATTORNEY, YOU WILL BE GIVEN AN OPPORTUNITY BY THE OFFICER IN CHARGE OF THE JAIL TO MAKE THE NECESSARY TELEPHONE CALLS TO OBTAIN AN ATTORNEY.

4. **RIGHT TO COMMUNICATION:** YOU HAVE THE RIGHT TO COMMUNICATE WITH YOUR ATTORNEY, FAMILY OR FRIENDS AT REASONABLE TIMES, AND REASONABLE MEANS WILL BE PROVIDED BY THE OFFICER IN CHARGE OF THE JAIL TO ENABLE YOU TO DO SO. IF YOU FEEL THAT YOU HAVE BEEN UNREASONABLY DENIED AN OPPORTUNITY TO COMMUNICATE WITH YOUR ATTORNEY, FAMILY OR FRIENDS, THIS IS THE TIME FOR YOU TO MAKE YOUR COMPLAINT, AND ARRANGEMENTS WILL BE MADE TO SEE THAT YOU HAVE AN OPPORTUNITY TO MAKE NECESSARY COMMUNICATIONS.

5. **RIGHT TO PRELIMINARY HEARING** YOU HAVE A RIGHT TO A PRELIMINARY HEARING BEFORE A JUDICIAL OFFICER ON THE CHARGES MADE AGAINST YOU TO DETERMINE WHETHER OR NOT THERE IS SUFFICIENT PROBABLE CAUSE TO BELIEVE THAT A CRIME HAS BEEN COMMITTED AND THAT YOU COMMITTED IT. IF SUCH PROBABLE CAUSE IS FOUND TO EXIST, YOU WILL BE BOUND OVER TO AWAIT THE ACTION OF THE NEXT GRAND JURY WHICH CONVENES IN _Next Term_. AT A PRELIMINARY HEARING YOU HAVE THE RIGHT TO HAVE YOUR ATTORNEY PRESENT, TO CROSS-EXAMINE ANY WITNESSES IN YOUR OWN BEHALF BY SUBPOENA, AND OFFER EVIDENCE IN YOUR OWN BEHALF.

6. **BAIL:** YOU ✓ HAVE     DO NOT HAVE THE RIGHT TO BAIL. YOUR BAIL FOR THE CHARGES PRESENTLY PENDING AGAINST YOU IS IN THE TOTAL AMOUNT OF $100,000.00 THE SHERIFF OF HARRISON COUNTY OR HIS DESIGNATED REPRESENTATIVE MUST APPROVE ANY BAIL BOND.

THIS THE 06th DAY OF September, 2006

_____     _____
DEFENDANT     JUSTICE COURT JUDGE

EXHIBIT "J"