# MITTIMUS - BIND OVER TO AWAIT THE ACTION OF THE GRAND JURY

STATE OF MISSISSIPPI
HARRISON COUNTY
JUDICIAL DISTRICT NO.

06-16701
C.F0608/0647

TO THE SHERIFF OF HARRISON COUNTY:

WE COMMAND YOU TO RECEIVE AND SAFELY KEEP IN JAIL Gleene D. Johnson

WHO HAS BEEN TRIED BEFORE THE UNDERSIGNED JUSTICE COURT JUDGE OF SAID COUNTY

AND CHARGED OF  Sexual Battery

WAS BOUND OVER TO AWAIT THE ACTION OF THE GRAND JURY.

BOND  100K

WITNESS MY HAND THIS  20th  DAY OF  Sept , 20 06 .

_____
JUSTICE COURT JUDGE


EXHIBIT "K"