# MISSISSIPPI CRIME LABORATORY
## EVIDENCE SUBMISSION FORM

No Regional Lab Specified
P. O. Box 2159
Biloxi, MS 39505
832-9641

*Jnv. Prendergast* ✓

Crime Lab Case # 06-018384
Page 1 of 2

Agency Case # 06-16701

Submitting Officer: Andy Calvanese
Submitting Agency: HARRISON COUNTY SHERIFF OFFICE
Address: P. O. Box 1480
Gulfport, MS 39502
Phone #

Individuals: Eugene Loisel (V)
Jerome Johnson (S)
Michael Blackmon (S)

Offense: SEXUAL ASSAULT

County: Harrison

## Evidence Submitted

**001** One sealed brown paper bag labeled "Victim's Sexual Assault Kit".

| Section | Service |
|---|---|
| BIOSCIENCE/DNA | Serological Examinations |

*Notes:*
*Standard Sexual Assault Protocol.*

**002** One sealed suspect Sexual Assault Evidence Collection Kit labeled "Jerome D. Johnson".

| Section | Service |
|---|---|
| BIOSCIENCE/DNA | Serological Examinations |

*Notes:*
*Standard Sexual Assault Protocol.*

**003** One sealed suspect Sexual Assault Evidence Collection Kit labeled "Michael Blackmon".

EXHIBIT "L"

No. #14

Crime Lab Case # 06-018384  Agency Case # 06-16701
Page 2 of 2

**Submitting Officer** Andy Calvanese
**Submitting Agency** HARRISON COUNTY SHERIFF OFFICE
**Address** P. O. Box 1480
Gulfport, MS 39502   **Phone #**

## Evidence Submitted (Continued)

| Section | Service |
|---|---|
| BIOSCIENCE/DNA | Serological Examinations |
| *Notes:* *Standard Sexual Assault Protocol.* | |

Delivered By Signature: Andy Calvanese

Received by Signature: Sharon Lee DeNoux

Date Time: 12/19/2006 8:35:12AM

# MISSISSIPPI CRIME LABORATORY

| ☐ MAIN LABORATORY | ☐ NORTH MISSISSIPPI LABORATORY | ☐ GULF COAST LABORATORY | ☐ EAST MISSISSIPPI LABORATORY |
|---|---|---|---|
| 1700 East Woodrow Wilson<br>Jackson, Mississippi 39216<br>(601) 987-1600 | 220 Power Drive<br>Batesville, Mississippi 38606<br>(601) 563-5681 | Post Office Box 2159<br>Gulfport, Mississippi 39503<br>(228) 832-9641 | Post Office Box 4450<br>Meridian, Mississippi 39304<br>(601) 483-5273 |

## EVIDENCE SUBMISSION FORM

**SUBMITTING AGENCY USE ONLY** — **CRIME LAB USE ONLY**

| AGENCY | VICTIM(S) NAME, AGE, SEX, RACE | CRIME LAB CASE NO. |
|---|---|---|
| **HARRISON SHERIFF'S DEPT.** | | |
| AGENCY CASE NO.<br>**2006-16701** | **LOISEL, EUGENE ANTHONY III, 22, Male, White** | A B CS D F FP M QD T |
| OFFENSE | SUSPECT(S) NAME, AGE, SEX, RACE | |
| | **JOHNSON, JERONE DONATE, 30, MALE, BLACK** | |
| COUNTY<br>**HARRISON** | **BLACKMON, MICHAEL TYRONE, 27, Male, Black** | |
| CITY | | |

**REQUESTING OFFICER:**
NAME: Carolyn Prendergast
ADDRESS: 10451 Larkin Smith Dr
Gulfport, Ms. 39503
PHONE: (228) 896-0683

**ADDITIONAL REPORTS TO BE MAILED TO:**
NAME: Nancy Kurowski
ADDRESS: 10451 Larkin Smith DR.
Gulfport, Ms. 39503
PHONE: (228) 896-0664

NAME:
ADDRESS:
PHONE: (228) 896-

| DELIVERED BY: | TITLE: | DATE: | TIME: |
|---|---|---|---|
| RECEIVED BY: | TITLE: | DATE: | TIME: |

**EXHIBIT NO.** (Use Numbers Only)    **DESCRIPTION:** (Describe Container, Container Marking, and Contents)

#01    victims sexual assault kit (Loisel)

#02    suspect's sexual assault kit (Johnson)

#03    suspect's sexual assault kit (Blackmon)

**EXAMINATIONS REQUESTED:** (Be Specific)

*EVIDENCE RECOVERED FROM EXHIBIT #01 TO BE COMPARED TO EXHIBIT #02 AND #03 FOR POSSIBLE DNA MATCH*

IS – 19A (1-87)