

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
### Sheriff George H. Payne Jr.

10451 Larkin L. Smith Drive        Gulfport, Ms. 39503

## CASE FILE RECEIPT

This receipt is to be signed by the Receiving Clerk at the District Attorney's Office upon acceptance of this file for court proceedings.

RECEIVED THIS DATE: 12/22/06

RECEIVED BY: _(signature)_

HARRISON COUNTY CASE NO.: **2006-16701**

HARRISON COUNTY C.I.D. NO.: 14513

CASE INVESTIGATOR: **CAROLYN PRENDERGAST # 26**

DEFENDANT NAME: JERONE JOHNSON & MICHAEL BLCKMON

## FIRST JUDICIAL DISTRICT



EXHIBIT "M"

Office: [228] 896-0678        Dispatch: [228] 865-7060