ID/14513

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## PROPERTY INVOICE

| CASE NUMBER: 06-16701 | OFFICER: N. KUROWSKI | DATE: 05-25-07 | ID NO.: 708 |
|---|---|---|---|
| NAME: EUGENE ANTHONLY LOSIEL, III | D.O.B.: 5-10-84 | RACE: W | SEX: M |
| ADDRESS: 2229 32ND STREET | | CITY: GULFPORT | STATE: MS |

☒ VICTIM  ☐ SUSPECT  ☐ OWNER  ☐ FINDER   PHONE NUMBER:

Nature of Case: SEXUAL BATTERY

Was there an arrest? : ☒ Yes ☐ No   Name: MICHAEL BLACKMON & JEROME D. JOHNSON

Where was the property recovered? : VICTIM SEXUAL ASLT KIT; 2 SUSPECT SEXUAL ASLT KITS BY MS CRIME LAB

| Item # | Item Description | Serial # | Currency | Bin # |
|---|---|---|---|---|
| 1D | 2 dried secretion swabs from victim | | | Vault |
| 1E | 2 rectal swabs from victim | | | Vault |
| 1F | Stain card of Eugene Loisel | | | Vault |
| 2A1 | Stain card of Jerome Johnson | | | Vault |
| 3A1 | Stain card of Michael Blackmon | | | Vault |

## CHAIN OF CUSTODY

| Possession | Date | Possession | Date |
|---|---|---|---|
| From: MS Crime Lab | 05-25-07 | From: | |
| To: A. Calvanese | 05-25-07 | To: | |
| From: A. Calvanese | 25-May-07 | From: | |
| To: N. Kurowski - Vault | 25-May-07 | To: | |
| From: VAULT-KUROWSKI | 5/30/07 | From: | |
| To: JEFFERSON PARISH REG. LAB - VIA FEDX | 5/30/07 | To: | |

Remarks:

Delivered to: ☐ Property Room   ☐ Other:

Distribution: White Original-Property Room   Second White Copy-Records   Third White Copy-Investigations   Fourth White Copy-Receipt

Page      of

EXHIBIT
"N"