

**JEFFERSON PARISH REGIONAL DNA LABORATORY**
2018 EIGHTH STREET, HARVEY, LA 70058
(504) 365-9180

AUGUST 3, 2007

HARRISON COUNTY SHERIFF'S OFFICE
ATTN. INV. PRENDERGAST
10451 LARKIN SMITH DR.
GULFPORT, MS 39503

RE: JEFFERSON PARISH REGIONAL DNA LABORATORY FILE #MS-922
HARRISON COUNTY SHERIFF'S OFFICE CASE #06-16701

# DNA REPORT

## ITEMS OF PHYSICAL EVIDENCE

JEFFERSON PARISH REGIONAL DNA LABORATORY RECEIVED THE FOLLOWING ITEMS OF PHYSICAL EVIDENCE ON MAY 31, 2007 AT 10:05 AM VIA HAND DELIVERY BY FEDERAL EXPRESS TRACKING #8619 4796 7560 FOR DNA ANALYSIS:

| JP REGIONAL DNA LAB SAMPLE # | MBI ITEM # | DESCRIPTION |
|---|---|---|
| 5418 | 1F1 | REFERENCE BLOODSTAIN FROM THE VICTIM, EUGENE LOISEL |
| 5419 | 2A1 | REFERENCE BLOODSTAIN FROM THE SUSPECT, JEROME JOHNSON |
| 5420 | 3A1 | REFERENCE BLOODSTAIN FROM THE SUSPECT, MICHAEL BLACKMON |
| 5421 | 1D | TWO DRIED SECRETION SWABS FROM THE VICTIM, EUGENE LOISEL |
| 5422 | 1E | TWO RECTAL SWABS FROM THE VICTIM, EUGENE LOISEL |

EVIDENCE RETURNED TO THE HARRISON COUNTY SHERIFF'S OFFICE VIA FEDERAL EXPRESS DELIVERY

DATES OF ANALYSIS: 7/23/07 THROUGH 8/3/07



EXHIBIT "O"

## CONCLUSIONS

STR ANALYSIS AT THE PROFILER PLUS AND COFILER LOCI REVEALED THE FOLLOWING:

1. THE REFERENCE BLOODSTAINS FROM THE VICTIM, EUGENE LOISEL, AND FROM THE SUSPECTS, JEROME JOHNSON AND MICHAEL BLACKMON EACH PRODUCED A DISTINCT GENETIC PROFILE.

2. THE **DRIED SECRETION SWAB** AND THE **RECTAL SWAB FROM THE VICTIM, EUGENE LOISEL**, EACH PRODUCED A NEGATIVE RESULT FOR P30, A CONFIRMATORY TEST FOR THE PRESENCE OF SEMINAL FLUID. IN ADDITION, MICROSCOPIC ANALYSIS FAILED TO REVEAL THE PRESENCE OF ANY SPERM CELLS. THEREFORE, NO FURTHER TESTING WAS PERFORMED ON THESE SAMPLES.

3. RESULTS FOR SAMPLSE **#5418, #5419,** AND **#5420** WILL BE UPLOADED TO THE STATE DNA INDEXING SYSTEM (SDIS) FOR COMPARISON TO CASEWORK EVIDENCE SAMPLES.

*THE POSITIVE, NEGATIVE, AND REAGENT BLANK CONTROLS PRODUCED THE EXPECTED RESULT, INDICATING THAT THE EXPERIMENTS WERE PERFORMED SUCCESSFULLY. LABORATORY RECORDS DOCUMENT THE SECURE CUSTODY OF EVIDENCE SAMPLES FROM RECEIPT THROUGHOUT SAMPLE TESTING. SHOULD YOU HAVE ANY QUESTIONS CONCERNING THIS WORK PLEASE CONTACT ME.*

_____
ANNE H. MONTGOMERY, M.S.
DNA LABORATORY DIRECTOR

_____
JULIE GOLDEN, M.S.
FORENSIC DNA ANALYST

8-6-07
_____
DATE

8/7/07
_____
DATE

# SELECTED DNA ANALYSIS BACKGROUND REFERENCES

1. BUDOWLE, B. ET AL, *CODIS STR LOCI DATA FROM 41 SAMPLE POPULATIONS.* J FORENSIC SCI 2001;46(3):453-489.

2. MORETTI, T. ET AL, *VALIDATION OF STR TYPING BY CAPILLARY ELECTROPHORESIS.* J FORENSIC SCI 2001;46(3):661-676.

3. BUDOWLE, B. ET AL, *POPULATION DATA ON THE THIRTEEN CODIS CORE SHORT TANDEM REPEAT LOCI IN AFRICAN AMERICANS, U.S. CAUCASIANS, HISPANICS, BAHAMIANS, JAMAICANS, AND TRINIDADIANS.* J FORENSIC SCI 1999;44(6):1277-1286.

4. MICKA, K.A. ET AL, *TWGDAM VALIDATION OF A NINE-LOCUS AND A FOUR-LOCUS FLUORESCENT STR MULTIPLEX SYSTEM.* J FORENSIC SCI 1999;44(6):1243-1257.

5. *AMPFLSTR PROFILER PLUS/COFILER PCR AMPLIFICATION KIT USER'S MANUAL.* PERKIN ELMER CORPORATION 1998.

6. *QUALITY ASSURANCE STANDARDS FOR FORENSIC DNA TESTING LABORATORIES*, FBI DNA ADVISORY BOARD, OCTOBER 1998.

7. LINS, A. ET AL. *DEVELOPMENT AND POPULATION STUDY OF AN EIGHT-LOCUS SHORT TANDEM REPEAT (STR) MULTIPLEX SYSTEM* J FORENSIC SCI 1998;43(6).

8. BUDOWLE, B. ET AL. *UNITED STATES POPULATION DATA ON THE MULTIPLEX SHORT TANDEM REPEAT LOCI - HUMTH01, TPOX, AND CSF1PO - AND THE VARIABLE NUMBER TANDEM REPEAT LOCUS D1S80.* J FORENSIC SCI 1997(42):846-849.

9. *THE EVALUATION OF FORENSIC DNA EVIDENCE.* NATIONAL ACADEMY PRESS 1996.

10. BUDOWLE, B. ET AL *VALIDATION AND POPULATION STUDIES OF THE LOCI LDLR, GYPA, HBGG, D7S8, GC, AND HLA-DQ USING A MULTIPLEX AMPLIFICATION AND TYPING PROCEDURE*, J FORENSIC SCI 1995(40):45-54.

11. LANDER, E.S. AND BUDOWLE, B. 1994. *DNA FINGERPRINTING DISPUTE LAID TO REST.* NATURE, VOL.371:735-738.

12. BLAKE, E. ET AL *POLYMERASE CHAIN REACTION (PCR) AMPLIFICATION AND HUMAN LEUKOCYTE ANTIGEN (HLA) DQ ALPHA OLIGONUCLEOTIDE TYPING ON BIOLOGICAL EVIDENCE SAMPLES: CASEWORK EXPERIENCE.* J FORENSIC SCI 1992(37):700-726.

13. *DNA TECHNOLOGY IN FORENSIC SCIENCE.* NATIONAL ACADEMY PRESS 1992.

14. HOCHMEISTER, M.N. ET AL *TYPING OF DEOXYRIBONUCLEIC ACID (DNA) EXTRACTED FROM COMPACT BONE FROM HUMAN REMAINS.* J FORENSIC SCI 1991(36):1649-1661.

15. REYNOLDS, R. ET AL *ANALYSIS OF GENETIC MARKERS IN FORENSIC DNA SAMPLES USING THE POLYMERASE CHAIN REACTION.* ANALYTICAL CHEMISTRY 1991(63):1-14.

16. HELMUTH, R, ET AL *HLA-DQα ALLELE AND GENOTYPE FREQUENCIES IN VARIOUS HUMAN POPULATIONS, DETERMINED BY USING ENZYMATIC AMPLIFICATION AND OLIGONUCLEOTIDE PROBES.* AMERICAN JOURNAL OF HUMAN GENETICS 1990(47):515-523.

17. HIGUCHI, R. AND KWOK, S. *AVOIDING FALSE POSITIVES WITH PCR.* NATURE 1989(339):237-238.

18. SAIKI, R.K. ET AL *PRIMER-DIRECTED ENZYMATIC AMPLIFICATION OF DNA WITH A THERMOSTABLE DNA POLYMERASE.* SCIENCE 1988(239):487-491.

19. *AMPLITYPE USER GUIDE VERSION 2.* PERKIN ELMER.

# Jefferson Parish Regional DNA Profiling Unit
2018 Eighth Street
Harvey, LA 70058
(504) 365-9180

**CORONER'S OFFICE**



ROBERT E. TREUTING, M.D.
CORONER

## INVOICE

Payment is due upon receipt payable to:
Jefferson Parish Coroner's Office
Attn. Anne Montgomery
2018 Eighth Street
Harvey, LA 70058

Please include a copy of this invoice with your payment

---

Invoice to:  Harrison County Sheriff's Office
Attn. Inv. Prendergast
10451 Larkin Smith Dr.
Gulfport, MS   39503

Invoice Date:                               8/15/2007

Jefferson Parish Regional DNA Lab File #:   MS-922
Submitting Agency File #:                   06-16701

Cost per sample                             $500.00
Number of samples                           5

**Total amount due:**                       **$2,500.00**

# HARRISON COUNTY SHERIFF'S DEPARTMENT
## CRIMINAL INVESTIGATIONS DIVISION
### Sheriff George H. Payne Jr.

10451 Larkin I. Smith Drive  
Gulfport, Ms. 39503

C.I.D.: [228] 896-0678  
FAX: [228] 896-0695

FROM THE DESK OF

# CAROLYN PRENDERGAST
## INVESTIGATOR



*DATE:* **TUESDAY, AUGUST 21, 2007**

*TO:* **LARRY BOURGEOIS**

*AGENCY:* **DA'S OFFICE**

*FAX NUMBER:*

*COMMENTS:* **DNA REPORT ON JEROME JOHNSON AND MICHAEL BLACKMON**

FACSIMILE COVER SHEET

EXHIBIT "01"