**OFFICE OF THE DISTRICT ATTORNEY**
SECOND CIRCUIT COURT DISTRICT
HARRISON, HANCOCK and STONE COUNTIES
HARRISON COUNTY COURTHOUSE

P.O. BOX 1180
GULFPORT, MS 39502

PHONE 228-865-4003
FAX 228-865-4239

P.O. BOX 1444
BILOXI, MS 39533

PHONE 228-435-8246
FAX 228-435-8287

P.O. BOX 217
BAY ST. LOUIS, MS 39521

PHONE 228-467-6631
FAX 228-466-5696

**CONO CARANNA**
DISTRICT ATTORNEY

PLEASE REPLY TO:
GULFPORT



14513

November 16, 2007

Carolyn Prendergast
Harrison County Sheriff's Department

Reference: State of Mississippi Vs Johnson, Jerome Dontae

| Defendant: | Charge: | DOI: | Offense #: |
|---|---|---|---|
| Jerome Dontae Johnson | SEXUAL BATTERY | 8/31/2006 | 06-16701 |
| Michael Tyrone Blackmon | SEXUAL BATTERY | 8/31/2006 | 06-16701 |

Greetings:

Please be advised that on October 22, 2007 the Grand Jury returned a NO TRUE BILL in the charges listed above. This means that the Grand Jury found there was not sufficient evidence to prosecute this case any further.

Thank you for your assistance and cooperation in the above referenced matter. If you have any questions regarding this case, please contact me at (228) 865-4003.

Sincerely,

CONO CARANNA
DISTRICT ATTORNEY

Franchelle Daniels
Victim Assistance Coordinator

**EXHIBIT**

"P"