CAPT. ROGERS
Case 1:07-cv-00539-LG-JMR   Document 1-2   Filed 04/16/2007   Page... 48-07

# Harrison County Adult Detention Center

## Inmate Grievance Form

**To:** Grievance Officer

**From:** Jerome D. Johnson    287255    B-A
Inmate Name    Docket #    Unit

**Date:** 20th February 2007

This is a grievance concerning: Denial of Due Process; Refusal of response to requests. I have written numerous requests concerning this charge of Sexual Battery on a Inmate, that I received on the 6th day of September 2006. This incident occured here at Harrison County Jail on the 1st of September, this is my fourth grievance on the matter. On the 15th of February I gave Sergeant Kelly requests and grievances to turn in, this is a serious allegation that should not be taking lightly. Why am I giving the run around by this administration on this charge? I want to know why, was I told by Sergeant Lege on the 4th day September, 2006, that the reason I was place in segregation housing was due to the finding of contraband items, but to never to receive a written Rule Violation on these items? They following day 5th of september I was rush off to a local hospital where I was force to render over my D.N.A. The investigator for Harrison County Sheriff Department had obtain a Warrant of seizure for my D.N.A sample prior. Does this disqualify the shift supervisor to submit a category I offense Rule Violation to me? I was release from disciplinary segregation on the 20th of september 2006, 20 days later without a disciplinary hearing and return back to my original Unit C-D as if nothing happen. Please explain? Have the Inmate Disciplinary Rules and procedures change?

EXHIBIT "Q"

Jerome Johnson
Inmate Signature    2/21/07