## Harrison County Adult Detention Center

Inmate Grievance Form (IGF-2)

### First Step Response Form

Grievance Number __02__ - __048__ - __07__

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: __Jerome D. Johnson  287256__   __B/4__
Inmate Name and Docket Number / Housing Unit

From: __Capt K Rogers__
Person to whom 1st Step is Directed / Title/Location

Your Sexual Assault charge has been turned over to Criminal Investigation Department. You will need to contact your attorney or CID about your case. In any criminal case that happens within this facility you may be locked down pending further investigation and in your case you were. When criminal cases are pending you really don't want to receive a rule violation. Your charge will be dealt with in court not Disciplinary

__2/23/07__    Signature
Date

If you are not satisfied with this response, you may go to Step 2 by filling out the second step section of Form IGF-1 and sending copies of Step 1 and Step 2 to the Warden. It must be received in the Warden's office within 5 days of the date of this response.

Instructions to respondent: Send original IGF-1 with IGF-2 to the Grievance Officer. **Note:** A copy of all documents referenced in the response must be attached and returned to the Grievance Officer.

Instruction to Inmate: This original i[s] Inmate's Original

EXHIBIT "R"