Inmate Grievance Form (IGF-1)

# Harrison County Adult Detention Center

APPROVED FEB 26 2007

## Inmate Relief Request Form

Grievance Number __02__ - __048__ - __07__

Type or use ball-point pen.

To: __CAPT. ROGERS__
First Step Respondent

HCADC / HCWC
Location – Circle One

From: __Jerome Johnson 287256__
Inmate's Name and Docket Number

__B/A__
Housing Unit

__2/21/07__
Date of Incident

☐ Accepted   This request comes to you from the Grievance Officer. See the attached request from the inmate. Please return your response to this office within 10 days of this date.

☐ Rejected   Your request has been rejected for the following reason(s):
__No Disposition__
__Please see attached remarks from Captain Rogers__

__2/26/07__                                  __[signature]__
Date                                          Grievance Officer

## Second Step

On __26th of February 2007__ (date), I received a written response to my First Step request. I am not satisfied with this response because: __of the questions I inquiry about have not been properly answer. If this matter has been taking serously and carefully examine, I would not be making a complaint about the injustice I absorbed from this administration. Why would an individual of a criminal charge refuse process of the law? Have the Inmate Disciplinary Rules and Procedures Change?__

Therefore, I am commencing the Second Step by sending this form and the First Step response (IGF-2), to the Warden. This request must reach the Warden's office within 5 days of my receiving the First Step response.

RECEIVED

__26th of February 2007__          EXHIBIT "T"          __Jerome Johnson__
Date                                                      Signature