Inmate Grievance Form

# Harrison County Adult Detention Center

(IGF-3)

## Second Step Response Form

APPROVED MAR 12 200

Grievance Number ___02__ - __048__ - __07__

Type or use ball-point pen. You must return your response to the Grievance Officer within 10 days of the date the request was initiated.

To: _Jerome Johnson 287256_                    _B/A_
     Inmate Name and Docket Number                 Housing Unit

From: _Donald A. Cabana_                     HCADC/HCWC
        Warden                              Location-Circle One

When a criminal charge is filed
against an inmate it returned over
to the C.I.D. division. You will need
to contact them for further clarification

_03-06-07_                    _Warden's Signature_
   Date

This is the final step in the Inmate Grievance process.

**Instructions to Warden:** Send original and Step 2 copy to the Grievance Officer.

**Instruction to Inmate:** This origin

Inmate's Original

EXHIBIT

"U"