ATT° LIEUTENANT LEONARD

# Harrison County Adult Detention Center
## George H. Payne, Jr., Sheriff

## Inmate Request Form

Date of Request: MARCH 25 2007

Docket #: 287256   Date Incarcerated: DECEMBER 13 2004   Block: B   Section: A

Inmate Name: JOHNSON, JEROME   Birthdate: 1-16-76

**(PLEASE CIRCLE ONLY ONE)**

| CLASSIFICATION | BEDDING | COUNSELLING |
| LEGAL | CLOTHING | G.E.D./ADULT BASIC SKILLS |
| PROPERTY | INDIGENT | LIFE LEARNING PROGRAM |
| RECORDS | INMATE ACCOUNTS | TRUSTEE |
| CHAPLAIN | (SHIFT SUPERVISOR) | WARDEN |

**Explain Need Below:**

Lieutenant Leonard I spoke with you numerous of occasion on the matter of this Sexual Battery Charge I received from September 1st raided of C-Block, D Section. You are fully aware of this charge as being the reporting officer. This up grade in house mistake charge is hindering me from being with my family. On March 22, I was thus delay again on a probation violation hearing, because the C.I.D investigator Carolyn Pendergast is said to be on paternity leave of absent. I do not understand why this injustice is being hand to me. This guy just straight lied and me and my family must suffer. Please tell me why?? For I hand no wrong doing in this matter period!!

*(Inmate DO NOT WRITE below this line)*

**Staff Response:**
You need to speak to K. Wilkerson

Lt. Lemons

Date Received:   Date Completed:
By:              By:

3-ALDF-3E-11 implemented 10/06

EXHIBIT "W"