IN THE UNITED STATES DISTRICT COURT
OF THE SOUTHERN DISTRICT OF MISSISSIPPI
SOUTHERN DIVISION

JEROME D. JOHNSON     PLAINTIFF

V.     CIVIL ACTION NO. 1:07cv539LG-JMR

DONALD A. CABANA, et al.     DEFENDANTS

STATE OF MISSISSIPPI

COUNTY OF HARRISON

### AFFIDAVIT OF CORRECTIONS OFFICER ELAINE LEGE
### HARRISON COUNTY SHERIFF'S OFFICE

PERSONALLY CAME AND APPEARED BEFORE ME the undersigned authority in and for the County and State aforesaid, the within named ELAINE LEGE who, after first being duly sworn by me on her oath, did depose and state the following:

1. My name is Elaine Lege and I am over the age of twenty-one (21) years. I am a corrections officer with the Harrison County Sheriff's Office and held the position of sergeant at all times relevant to Plaintiff claim(s). I have personal knowledge of the matters and facts contained in this Affidavit and I am competent to testify to the matters stated herein.

2. At no time during my tenure as Sergeant at the HCADC was I given the task or responsibility of investigating criminal matters arising at the HCADC. It is the policy of the HCADC that criminal charges against inmates are investigated through the Criminal Investigation Division.

3. On September 1, 2006, during a cell shakedown for contraband in Plaintiff's



EXHIBIT "BB"

cell area, I was involved as a backup officer wherein certain items were confiscated and were believed to have been used to tamper with security devices. Said Rule Violation Report was then turned over to the Disciplinary Officer. <u>See</u> Rule Violation Report prepared by Officer Gregory regarding said incident attached hereto as **Exhibit "1"**.

4. I had no personal knowledge or information at the time relevant to Plaintiff's claim of any charge against Plaintiff for sexual assault.

I certify the above declaration is true and correct under penalty of perjury.

_____
Affiant/Elaine Lege
Harrison County, Mississippi

Sworn to and subscribed before me on this the 1st day of August, 2008.

_____
Notary Public

My Commission Expires:
1/28/09

(SEAL)



# Harrison County Adult Detention Center
## George Payne, Sheriff
## Rule Violation Report

**NO** 43315

| 1) | 2) Inmate Name: | 3) Inmate Housing Block/Section/Cell: |
|---|---|---|
| 287256 | Johnson Jerome | C-D-231 |

| 4) Date: | Time: | 5) Rule violation | 6) Evidence ☐ Yes ☐ No Location: |
|---|---|---|---|
| 9-1-06 | 0945 | ☑ Major ☐ Minor | |

Rule Violation (s): Category H

H. Sale/Possession of Contraband.

7) Inmate Classification: ☐ Juvenile ☐ Minimum Security ☑ Medium Security ☐ Maximum Security ☐ Inmate Worker
8) Inmate Placed In Prehearing Detention: ☑ Yes ☐ No    Block: D   Section: D   Cell: 230
9) Notice Served by: Martin    Date: 9/1/00    Time: 710
10) Reporting Officer:
No. 289  Name: PTO Gregory    Division: Corrections    Reviewing Supervisor: No. 151  Name: SA

I request investigation and witness(es) ☐
I waive the right to a hearing ☐ Yes ☐ No Inmates Initials___. Unless waived, you are hereby notified that a hearing will be held within no less than 24 hours and no more than 7 working days in the appropriate hearing office.
* Working days between date of violation and hearing _____.
If more than seven (7) working days, explain: _____
*Documents read and discussed ☐ RVR ☐ Investigation ☐ Witness(es) Statement ☐ Other (specify)_____
Appeal may be filed with Director of Corrections or designee within 15 days after receipt of disciplinary decision.
Offender Signature: _____ Date: _____

### To be Completed by Disciplinary Officer

| 11) Plea Offered by: | Date: | Time: |
|---|---|---|
| Plea Accepted ☐ Inmate Initial's: | Plea Refused ☐ Inmate Initial's: | Date: Time: |

### Disciplinary Hearing

| 12) Date: | Time: | Location: |
|---|---|---|

### Board Members

| 1. | 2. | 3. |
|---|---|---|

### 13) Findings of Board

Narrative of Board Findings:

_____
_____
_____
_____

| 14) Guilty ☐ | 15) Dismissed ☐ | 16) Criminal Prosecution ☐ | 17) Other: |
|---|---|---|---|

### 18) Type of Sanction (s) Imposed

| | Start Date: | Time: | Ending Date: | Time: |
|---|---|---|---|---|
| Administrative Segregation ☐ | | | | |
| Restricted Canteen ☐ | | | | |
| Restricted Visitation ☐ | | | | |

Verbal Warning ☐    Written Warning ☐

| Disciplinary Officer: | Disposition Date: | Page: ___ of ___ |
|---|---|---|
| No.   Name: | | |

**EXHIBIT "1"**

White - Inmate Copy    Canary - _____    Discipline File    Gold - Captain of Security