IN REGARDS OF THE PLAINTIFF'S CHANGE OF RESIDENT, THIS MEMO IS TO INFORM THE COURT OF THE NEW RESIDENT THAT THE PLAINTIFF RESIDES AT IS 2804 DUBARRY DR #1005 GAUTIER MS. 39553. THAT IS 2804 DUBARRY DR #1005 GAUTIER MS. 39553.

THANK YOU!!

*[signed] Jerome D Johnson*



Jerome D Johnson
2804 DUBARRY APT 1005
GAUTIER, MS. 39553

27 AUG 2008 PM 2 L

RECEIVED
AUG 28 2008
Clerk, U.S. District Court
Southern District

DAN RUSSELL
2012 15TH STREET, SUITE 403
GULFPORT, MISS. 39501